# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

127651

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

MICHAEL SCOTT APGAR,
     Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127651
COA: 247544
Wayne CC: 02-012129-01

_____/

     On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues briefed whether the prosecution is an "aggrieved party" within the meaning of MCR 7.203(A), in light of the fact that the Court of Appeals affirmed defendant's conviction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

t0328

_____
Clerk